IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| GREGORY CONTE and WARREN BALOGH,<br><br>              Plaintiffs,<br>v.<br><br>COMMONWEALTH OF VIRGINIA, TERENCE R. MCAULIFFE, VIRGINIA STATE POLICE, STEVEN FLAHERTY, BECKY CRANNIS-CURL, BRIAN JOSEPH MORAN, CITY OF CHARLOTTESVILLE, MICHAEL SIGNER, WES BELLAMY, CHARLOTTESVILLE POLICE DEPARTMENT, AL THOMAS, JR., EDWARD GORCENSKI, SETH WISPELWEY, DWAYNE DIXON, DARYL LAMONT JENKINS, and LACEY MACAULEY<br><br>              Defendants. | Civil Action No.:3:19-cv-00575-MHL |



## PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE PURSUANT TO Fed. R. Civ. P. 4(m)

Plaintiffs hereby respectfully move this Court under Fed. R. Civ. P. 4(m) for an Order extending the time for service of the Complaint and Summons on all Defendants. Rule 4(m) requires the Court to extend the time period for service of a complaint upon a showing of good cause.

Good cause exists sufficient for the Court to grant Plaintiffs' extension request. Local Civil Rule 4(A) requires all complaints to be served within 90 days. Plaintiffs filed their Complaint on August 12, 2019. Plaintiffs' delay in serving the Complaint resulted

from Plaintiffs' diligence in identifying the physical addresses of various defendants and in securing the financial resources needed in order to effect service. Plaintiffs have also made extensive efforts to hire a lawyer who is authorized to practice in the United States District Court for the Eastern District of Virginia, or to bring in an outside lawyer with the sponsorship of another lawyer barred in that district. All lawyers who they have approached have demurred, citing the case's politically sensitive nature, or, citing the same fact, have demanded far more money than the plaintiffs can afford. Plaintiffs intend to continue to search for a way to find suitable legal representation. Defendants will not suffer any prejudice from extending time to serve the Complaint. Discovery has yet to take place. Moreover, the allegations in this case concern violations of fundamental constitutional rights and racketeering activity. Thus, the Complaint's allegations present sufficient cause for the Court to exercise its discretion. In light of these various factors, Plaintiffs respectfully ask this Court to grant a 90-day extension of the time period for serving Defendants individually.

Dated: November 7, 2019                    Respectfully submitted:

                                           /s/ Gregory Conte

                                           /s/ Warren Balogh