Gregory Conte
P.O. Box 5874
Gaithersburg MD 20878

Clerk's Office
US District Court, Eastern Virginia
Spottswood W. Robinson III and Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, VA 23219