Gregory Conte
P.O. Box 3874
Gaithersburg, MD 20885

Clerk's office
Spotswood W. Robinson III and Robert R. Merhige, Jr., Fed
701 East Broad Street
Richmond, VA 23219

RE: Case No. 3:19-cv-00575-MHL

23219 R2305K141668-32

RIORITY
MAIL ★
XPRESS™

FASTEST SERVICE IN THE U.S.

EK395101637US

EK395101637US

UNITED STATES POSTAL SERVICE®

PRIORITY ★ MAIL ★ EXPRESS™

WRITE FIRMLY TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT) PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com* or local Post Office™ for availability.

**TO:** (PLEASE PRINT) PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

ORIGIN (POSTAL SERVICE USE ONLY)

DELIVERY (POSTAL SERVICE USE ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

LABEL 11-B JANUARY 2014 PSN 7690-02-000-9996 3-ADDRESSEE COPY

EN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
ABEL MAY BE REQUIRED.

EMS

3F July 2013 OD: 12.5 x 9.5

PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

