IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY CONTE**, *et al.*,

    Plaintiffs,

v.                                    Civil Action No. 3:19cv575

**COMMONWEALTH OF VIRGINIA**, *et al.*,

    Defendants.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS IN PART and DENIES IN PART the Appearing Defendants Motions to Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(3), or In The Alternative, Transfer Venue Pursuant to 28 U.S.C. § 1404(a). (ECF Nos. 8, 14, 18, 26.)

The Court TRANSFERS this case to the United States District Court for the Western District of Virginia pursuant to 28 U.S.C. § 1404(a). The Court takes no action on the pending Motions to Dismiss. (ECF Nos. 10, 16, 21, 23, 28.)

It is SO ORDERED.

                                                    /s/
                                        M. Hannah Lauck
                                        United States District Judge

Date: July 9, 2020
Richmond, Virginia