# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| **GREGORY CONTE**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 3:20-cv-38 |
| **COMMONWEALTH OF VIRGINIA**, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Madeline M. Gibson's Motion to Withdraw Appearance as Counsel for Defendants the Commonwealth of Virginia, Virginia State Police, Terence R. McAuliffe, Steven Flaherty, Becky Crannis-Curl, and Brian Joseph Moran (collectively, the "Commonwealth Defendants"), and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED and Madeline M. Gibson's appearance as counsel for the Commonwealth Defendants is hereby withdrawn.

**IT IS SO ORDERED.**

Dated: October 6, 2021

*Robert S. Ballou*
The Honorable Robert S. Ballou
United States Magistrate Judge