

Case: 3:20cv38

Warren  Balogh
PO Box 6037
Pittsburgh, PA 15211

MIME-Version:1.0 From:ecfnoticing@vawd.uscourts.gov To:vawd_ecf_nef@vawd.uscourts.gov Bcc: Message-Id:<4186757@vawd.uscourts.gov>Subject:Activity in Case 3:20-cv-00038-NKM-RSB Conte et al v. Commonwealth of Virginia et al Order Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered on 3/13/2023 at 3:34 PM EDT and filed on 3/13/2023

| | |
|---|---|
| **Case Name:** | Conte et al v. Commonwealth of Virginia et al |
| **Case Number:** | 3:20-cv-00038-NKM-RSB |
| **Filer:** | |
| **Document Number:** | 67(No document attached) |

**Docket Text:**
ORAL ORDER: This Court previously referred non-dispositive matters to then-U.S. Magistrate Judge Robert S. Ballou. As Judge Ballou is now a U.S. District Judge, the referral for non-dispositive matters is withdrawn. Until a new U.S. Magistrate Judge is selected, non-dispositive pretrial matters in this case should, in the first instance, be directed to the presiding District Judge. Entered by Senior Judge Norman K. Moon on 03/13/2023. *This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.*(dg)

**3:20-cv-00038-NKM-RSB Notice has been electronically mailed to:**
Richard Hustis Milnor     rmilnor@zmc-law.com
David Patrick Corrigan     dcorrigan@hccw.com, mbryant@hccw.com, rhausenflock@hccw.com
Rosalie Pemberton Fessier     rfessier@timberlakesmith.com, cheryl@timberlakesmith.com
Melissa Yvonne York     myork@hccw.com, creeves@hccw.com, jrichardson@hccw.com, mbryant@hccw.com
Erin Rose McNeill     emcneill@oag.state.va.us, ddavis@oag.state.va.us
Robert Bernard McEntee, III     rmcenteeiii@oag.state.va.us
Brittany Elizabeth Shipley     BShipley@timberlakesmith.com, cheryl@timberlakesmith.com
**3:20-cv-00038-NKM-RSB Notice has been delivered by other means to:**
Gregory Conte
PO Box 3874

Gaithersburg, MD 20885
Warren Balogh
PO Box 6037
Pittsburgh, PA 15211