CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 26 2023

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

United States District Court for the **WESTERN**

District of **VIRGINIA**

Docket Number **3:20-CV-00038**

**GREGORY CONTE AND WARREN BALOGH**

v.                                    )   Notice of Appeal

**COMMONWEALTH OF VIRGINIA, ET AL.**

_____**WARREN BALOGH**_____ (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the __FOURTH__ Circuit from the final judgment entered on ____APRIL 27, 2023____ (state the date the judgment was entered).

(s) _____

Attorney for **Pro Se**

Address: **PO Box 70**
**7559 Seneca Trl**
**Hillsboro, WV 24946**

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]

\* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC        [Print]      [Reset Form]